UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| BRUCE RANDALL MCBRYAR, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 1:18-cv-307 |
| v. ) | |
| ) | Judge Christopher H. Steger |
| WACKER CHEMICAL CORPORATION ) | |
| & WACKER POLYSILICON NORTH ) | |
| AMERICA, LLC, ) | |
| ) | |
| *Defendants*. ) | |

## JUDGMENT

This case came before the Court on the Motion for Summary Judgment [Doc. 31] of Defendants Wacker Chemical Corporation ("Wacker") and Wacker Polysilicon North America, LLC. Having granted the referenced motion for good cause, it is hereby **ADJUDGED** that this action be, and hereby is, **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

/s/ *Christopher H. Steger*
UNITED STATES MAGISTRATE JUDGE


ENTERED AS A JUDGMENT

/s/ John Medearis
CLERK OF COURT